18 F.2d 325 (1927)
Lillian Colley SIMPSON, as Executrix, etc., Plaintiff Appellant,
v.
NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY, Defendant Appellee.
No. 179.
Circuit Court of Appeals, Second Circuit.
February 21, 1927.
Charles McC. Chapman, of New York City, for appellant.
Sheffield & Betts, James R. Sheffield, and James J. Cosgrove, all of New York City, for appellee.
Before HOUGH, HAND, and MACK, Circuit Judges.
PER CURIAM.
Decree affirmed (18 F. [2d] 318), with costs.